UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DORA DAVIS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　　Defendant. | CASE NO. C11-6023 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

　　This matter comes before the Court on the Report and Recommendation of Magistrate Judge Karen L. Strombom.  Dkt. 20.  The Magistrate Judge recommends that the Commissioner's decision to deny supplemental security income benefits be reversed and this matter remanded for further administrative proceedings.  *Id*.  No objections have been filed to the Report and Recommendation.

　　The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER:**

ORDER ADOPTING REPORT AND
RECOMMENDATION REVERSING AND
REMANDING FOR FURTHER
ADMINISTRATIVE PROCEEDINGS- 1

(1) The Court adopts the Report and Recommendation (Dkt. 20);

(2) The ALJ erred in her decision as described in the Report and Recommendation;

(3) The matter is therefore **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings; and

(4) The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 15th day of October, 2012.

_____
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION REVERSING AND
REMANDING FOR FURTHER
ADMINISTRATIVE PROCEEDINGS- 2