1
2
3
4
5
6
7
8       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
9                    AT TACOMA
10

11  DORA DAVIS,                              CASE NO. C11-6023 RJB

12                  Plaintiff,               ORDER ADOPTING REPORT AND
                                             RECOMMENDATION REVERSING
13          v.                               AND REMANDING FOR FURTHER
                                             ADMINISTRATIVE PROCEEDINGS
14  MICHAEL J. ASTRUE, Commissioner of
    Social Security,
15
                    Defendant.
16
        This matter comes before the Court on the Report and Recommendation of Magistrate
17
    Judge Karen L. Strombom.  Dkt. 20.  The Magistrate Judge recommends that the
18
    Commissioner's decision to deny supplemental security income benefits be reversed and this
19
    matter remanded for further administrative proceedings.  *Id*.  No objections have been filed to the
20
    Report and Recommendation.
21
        The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of
22
    Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does
23
    hereby find and **ORDER:**
24
    ORDER ADOPTING REPORT AND
    RECOMMENDATION REVERSING AND
    REMANDING FOR FURTHER
    ADMINISTRATIVE PROCEEDINGS- 1

1   (1) The Court adopts the Report and Recommendation (Dkt. 20);

2   (2) The ALJ erred in her decision as described in the Report and Recommendation;

3   (3) The matter is therefore **REVERSED** and **REMANDED** to the Commissioner for

4   further administrative proceedings; and

5   (4) The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's

6   counsel and Magistrate Judge Karen L. Strombom.

7   DATED this 15th day of October, 2012.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION REVERSING AND
REMANDING FOR FURTHER
ADMINISTRATIVE PROCEEDINGS- 2